Board of Education of Libertyville-Fremont Consolidated High School District Number 120 of Lake County, Illinois, Plaintiff-Appellant, v. County Board of School Trustees of Lake County, Illinois, et al., Defendants-Appellees.

Gen. No. 11,567.

Second District, First Division.

January 16, 1962.

Kirkland, Ellis, Hodson, Chaffetz & Masters, of Chicago, for appellant; Runyard, Behanna, Conzelman & Lewis, of Waukegan, for appellee. Opinion by JUDGE DOVE. Not to be published in full.